**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

In re: Webb

No. <u>14-1652</u>

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　　☑ As counsel for: <u>Derek J. Webb</u>
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☑ Appellant　☐ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert A. Rowan |
| Law firm: | Nixon & Vanderhye P.C. |
| Address: | 901 North Glebe Road |
| City, State and ZIP: | Arlington, VA 22203 |
| Telephone: | 703-816-4000 |
| Fax #: | 703-816-4100 |
| E-mail address: | rar@nixonvan.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>March 15, 1985</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>August 4, 2014</u>　　　　　　　　　　<u>/s/ Robert A. Rowan</u>
　Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    8/4/2014    by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Michael E. Crawford | /s/ Michael E. Crawford |
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.
Address: 901 N. Glebe Road
City, State, ZIP: Arlington, VA 22203
Telephone Number: 703-816-4000
FAX Number: 703-816-4100
E-mail Address: mec@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.